IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| NCR CORPORATION, | : | CASE NO. C-3-02-584 |
| | : | (Judge Walter H. Rice) |
| Plaintiff, | : | |
| v. | : | |
| | : | STIPULATED ENTRY OF |
| DOVEBID, INC., | | DISMISSAL WITH PREJUDICE |
| | : | |
| Defendant. | | |

_____

Pursuant to Fed. R. Civ. P. 41(a), and by agreement of the parties, IT IS ORDERED that this action is dismissed with prejudice.  It is agreed by the parties that this Court shall have exclusive jurisdiction over any subsequent action between the parties related to the claims of this action over which this Court has subject-matter jurisdiction.

The Court shall have continuing jurisdiction to enforce this order.

Each party is to bear its own fees and costs.


DATE:  January 8, 2004                                /S/ WALTER HERBERT RICE
                                                      UNITED STATES DISTRICT JUDGE

Respectfully submitted,

| | |
|---|---|
| s/ David C. Greer by D. Jeffrey Ireland | s/ D. Jeffrey Ireland |
| David C. Greer (0009090) | D. Jeffrey Ireland (0010443) |
|   Trial Attorney |   Trial Attorney |
| James H. Greer (0046555) | Thomas R. Kraemer (0060120) |
| BIESER, GREER & LANDIS | Julie E. Zink (0071699) |
| 400 National City Center | FARUKI IRELAND & COX P.L.L. |
| 6 North Main Street | 500 Courthouse Plaza, S.W. |
| Dayton, OH  45402-1908 | 10 North Ludlow Street |
| Telephone:  (937) 223-3277 | Dayton, Ohio 45402 |
| Telecopier:  (937) 223-6339 | Telephone:  (937) 227-3710 |
| | Telecopier:  (937) 227-3717 |
| Christopher T. Holland (admitted pro hac vice) | E-Mail:  djireland@ficlaw.com |
| Shaun M. Murphy (admitted pro hac vice) | |
| Kenneth E. Keller (admitted pro hac vice) | Attorneys for Plaintiff |
| KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP | |
| 114 Sansome Street, 7th Floor | |
| San Francisco, CA  94104-3812 | |
| Telephone:  (415) 249-8830 | |
| Telecopier:  (415) 249-8333 | |
| | |
| Attorneys for Defendant | |

## CERTIFICATE OF SERVICE

I certify that on January 8, 2004, I electronically filed the foregoing Stipulated Entry of Dismissal With Prejudice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David C. Greer
James H. Greer
BIESER, GREER & LANDIS
400 National City Center
6 North Main Street
Dayton, OH  45402-1908

Christopher T. Holland
Shaun M. Murphy
Kenneth E. Keller
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street
7th Floor
San Francisco, CA  94104-3812

Attorneys for Defendant

                                                s/ D. Jeffrey Ireland
                                                D. Jeffrey Ireland

130723.1